[Nos. 35863-8-II; 35933-2-II.   Division Two.   July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN J. JENSEN, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 02-1-00447-8, Chris Wickham, J., entered January 11, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 35905-7-II.   Division Two.   July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TINA LOUISE VITO, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-01055-7, Stephen M. Warning, J., entered February 6, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 36097-7-II.   Division Two.   July 22, 2008.]

HELEN P. TUCKER-SLATER, *Appellant*, v. THE CITY OF LAKEWOOD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-12912-9, Linda CJ Lee, J., and Waldo F. Stone, J. Pro Tem., entered March 16, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Hunt and Penoyar, JJ.

[No. 36112-4-II.   Division Two.   July 22, 2008.]

ARTHUR S. WEST, *Appellant*, v. WASHINGTON PUBLIC PORTS ASSOCIATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-01972-2, Gary R. Tabor, J., entered February 21, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Bridgewater, JJ.